**Adam D. Ford** (NYB# 4115531)
FORD & CRANE PLLC
228 Park Avenue South
New York, New York 10003-1502
Telephone: (213) 915-4291
Email: adam.ford@fordcranelaw.com
*Attorney for Defendants*

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PROSPERUM CAPITAL PARTNERS LLC D/B/A ARSENAL FUNDING, | ANSWER AND COUNTERCLAIM |
| Plaintiff, | Case No. 1:23-cv-4719-NRM-MMH |
| v. | Judge Nina R. Morrison |
| VYVUE, LLC AND BENNETT E. HORTMAN, | Magistrate Marcia M. Henry |
| Defendant. | |

Defendants Vyvue, LLC ("Vyvue") and Bennett E. Hortman II ("Hortman"), by and through undersigned counsel, hereby answer the complaint of Prosperum Capital Partners LLC, d/b/a Arsenal Funding ("Prosperum") and argue as follows:

## JURISDICTION, VENUE AND PARTIES

1. Admit.

2. Admit.

3. Admit.

4. Deny.

## FACTUAL ALLEGATIONS

1

5. Admit only that Prosperum and Vyvue entered into a written contract and that document speaks for itself. The remainder of this paragraph is denied.

6. The document speaks for itself. To the extent an answer is required, it is denied.

7. Deny.

8. Deny.

9. Deny.

10. Deny.

11. Deny.

12. This paragraph does not contain any new allegations. To the extent an answer is required, it is denied.

13. Hortman admits only that a he executed a document purporting to be a personal guaranty but expressly denies the legality or enforceability of the same.

14. Deny.

## GENERAL DENIAL

Defendants deny any allegation in the complaint that is not expressly admitted herein.

## FIRST AFFIRMATIVE DEFENSE
### Failure to State a Claim Upon Which Relief Can Be Granted

Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE
### Accord and Satisfaction

Plaintiff's claims are barred by the doctrine of accord and satisfaction.

### THIRD AFFIRMATIVE DEFENSE
### Assumption of Risk

Plaintiff assumed the risk complained of.

### FOURTH AFFIRMATIVE DEFENSE
### Contributory Negligence

Plaintiff's claims are barred by the doctrine of contributory negligence.

### FIFTH AFFIRMATIVE DEFENSE
### Duress

Plaintiff's claims are barred because the contract was signed under duress.

### SIXTH AFFIRMATIVE DEFENSE
### Estoppel

Plaintiff is estopped from bringing its claims.

### SEVENTH AFFIRMATIVE DEFENSE
### Illegality/Unconscionability

The contract under which Plaintiff seeks to collect is illegal and unconscionable or is being construed in such a way as to work an unconscionable result.

### EIGHTH AFFIRMATIVE DEFENSE
### Waiver and Release

Plaintiff's claims are barred by the doctrines of waiver and release.

### NINTH AFFIRMATIVE DEFENSE
### Volenti Non Fit Injuria

Plaintiff has consented to the injury it complains of herein.

## PRAYER FOR RELIEF

WHEREFORE, Defendants seek relief from this Court as follows:

A.    That the Complaint be dismissed and the Plaintiff take nothing,

B.    That Defendants be awarded reasonable attorneys' fees and costs incurred in defending this action.

C.    All such other relief, at law or in equity, as the Court shall determine appropriate.

## COUNTERCLAIM

Defendants, by and through undersigned counsel, hereby counterclaim and complain against Plaintiff as follows:

## PARTIES, JURISDICTION AND VENUE

1.    Counterclaimant, Vyvue, LLC ("Vyvue"), is a limited liability company organized under the laws of the State of Utah.

2.    Counterclaimant Bennett E. Hortman II ("Hortman") is an individual citizen and resident of the State of Utah.

3.    Upon information and belief, Counterclaim Defendant Prosperum is a limited liability company that is authorized to conduct business in the state of New York with its principal place of business in New York.

4.    The above-named court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 (federal question), 1332 (diversity of citizenship) and 1441 (removal from New York state court).

5.    Venue is proper in this court pursuant to 28 U.S.C. § 1391(b)(1).

## FACTUAL BACKGROUND

6. The foregoing paragraphs are re-alleged and incorporated by this reference as though more fully set forth herein.

7. Plaintiff enticed Defendant Vyvue LLC into signing a purported Agreement for sale of future receipts on or about March 23, 2023, purportedly personally guaranteed by Bennett E. Hortman (the "Loan Agreement").

## FIRST CAUSE OF ACTION
### Illegal Contract Under New York Law

8. The foregoing paragraphs are re-alleged and incorporated by this reference as though more fully set forth herein.

9. New York has strict usury laws that cap the interest rate that can be charged on a loan.

10. The Loan Agreement is structured as a sale of future receivables rather than a loan in an attempt to avoid these usury laws.

11. If an sale of future receipts agreement is deemed to be a loan, it is subject to usury laws and will be considered illegal if it exceeds the allowed interest rate.

12. New York's usury laws are codified in the New York Consolidated Laws, Banking Law - BNK § 14-a (criminal usury), General Obligations Law - GOB § 5-501 (civil usury), and Penal Law - PEN § 190.40 (criminal usury in the second degree) and § 190.42 (criminal usury in the first degree).

13. When fees are included, Plaintiffs are here attempting to charge many multiples of the legal rate of interest allowable in New York.

14. The Loan Agreement constitutes an illegal loan under New York Law and are therefore illegal and unenforceable.

15.     Defendants have been damaged in the form of monies paid to Plaintiff pursuant to the usurious terms of the Loan Agreement and are entitled to compensatory and statutory damages.

## SECOND CAUSE OF ACTION
### Violation of the Truth in Lending Act (TILA)
### 15 U.S.C. 1601, *et. seq.*

16.     The foregoing paragraphs are re-alleged and incorporated by this reference as though more fully set forth herein.

17.     TILA requires lenders to provide a Truth in Lending (TIL) disclosure statement that includes information about the amount of the loan, the annual percentage rate, finance charges (including application fees, late charges, prepayment penalties), a payment schedule and the total repayment amount over the lifetime of the loan.

18.     Plaintiff extended usurious credit to Counterclaimants under the guise of the Loan Agreement and did so without providing any disclosures as required by TILA.

19.     A TIL disclosure statement would have illuminated for Counterclaimants the extortionate nature of the credit being extended to them.

20.     As a result of Plaintiff's violation of TILA, Counterclaimants have been damaged by the payment of usurious interest, fees and other amounts under the illegal terms of the Loan Agreement.

21.     Counterclaimants are entitled to rescission of the illegal Loan Agreement and the return of any funds paid to Plaintiff in excess of the original principal.

22.     Counterclaimants are further entitled to the civil penalties available under TILA, including an award of actual damages, punitive damages and attorney's fees and costs incurred in this action.[1]

---

[1] 15 U.S.C. § 1640.

## PRAYER FOR RELIEF

WHEREFORE, Counterclaimants pray for judgment against Plaintiff as follows:

For all general damages associated with the causes of action asserted above in an amount to be proven at trial but not less than $100,000.00.

    A.    For all compensatory damages associated with the causes of action asserted above in an amount to be proven at trial.

    B.    For all special damages associated with the causes of action asserted above in an amount to be proven at trial.

    C.    For punitive damages associated with the causes of action asserted above in an amount to be proven at trial.

    D.    For an award of costs and attorney's fees incurred by Defendants and Counterclaimants herein.

    E.    For such other relief as deemed appropriate by the trier of fact.

DATED this 30th day of June, 2023.

                                                FORD & CRANE PLLC

                                                /s/ Adam D. Ford
                                                **Adam D. Ford** (UTB #11363)
                                                FORD & CRANE PLLC
                                                *Attorney for Defendants and Counterclaimants*

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 30th day of June, 2023, I caused a true and correct copy of the foregoing ANSWER AND COUNTERCLAIM to be filed with the court electronically, which caused notice to be served upon all e-filing counsel of record, via the Court's Notice of Electronic Filing (NEF).

I further certify that I served a true and correct copy of said document on even date upon those listed below via First Class Mail, postage prepaid:

Prosperum Capital Partners LLC d/b/a Arsenal Funding
c/o David Fogel
1225 Franklin Ave, Ste 201
Garden City, NY 11530

/s/ Adam D. Ford